USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11-22-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

United States of America,

        -against-

Johnny Nunez Garcia,

        Defendant(s)

-------------------------------------------------------X

**ORDER**

**19-CR-766 (ALC)**

**ANDREW L. CARTER, JR., United States District Judge:**

Status Conference set for **December 4, 2019** at **10:30 a.m.**

**SO ORDERED.**

Dated: New York, New York
      November 22, 2019

_____
**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**