

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 1, 2020

**BY ECF**

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square, Room 201
New York, New York 10007

    Re:    *United States v. Johnny Nunez Garcia*, **19 Cr. 766 (ALC)**

Dear Judge Carter:

    The Government respectfully requests that the Court enter the attached protective order, which would govern the handling of discovery in this case, and which contemplates different levels of protection for materials that contain various forms of personal and private information about the victim, potential witnesses, their friends and family, and other third parties. As reflected in the accompanying signature page, defense counsel consents to entry of this order.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

By:   */s/ Frank J. Balsamello*
    Frank J. Balsamello / Adam Hobson
    Assistant United States Attorneys
    (212) 637-2325 / -2484

cc:    Aaron Mysliwiec, Esq., *counsel for Johnny Nunez Garcia*  (by ECF)