

U.S. Department of Justice

United States Attorney
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __4/3/2020__

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 1, 2020

**BY E-MAIL**

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

The application is granted. The status conference is **ADJOURNED** to 6/8/20 at 10:00 a.m. Time excluded.

**SO ORDERED**.

Re: *United States v. Johnny Nunez Garcia*, 19 Cr. 766 (ALC)

Dear Judge Carter,

A status conference in this case is scheduled for April 6, 2020 at 10:00 a.m. The Government writes with a joint request of the parties that the conference be adjourned approximately 30 days. Since our previous appearance in this case, the Government has produced voluminous discovery to the defense. A 30-day adjournment will allow the defense to continue reviewing that discovery and assessing whether there are any motions to be filed. It will also allow additional time for counsel to speak with the defendant. Moreover, during this time, the Government intends to discuss with defense counsel the potential for a pretrial disposition. Defense counsel, Aaron Mysliwiec, Esq., joins in this request.

The Government also requests that, in the interests of justice and pursuant to 18 U.S.C. § 3161(h)(7), time under the Speedy Trial Act be excluded until the new conference date, so as to allow for the parties to engage in the various activities described above. Mr. Mysliwiec consents to this request.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney
Southern District of New York

_____
Frank J. Balsamello / Adam Hobson
Assistant United States Attorneys
(212) 637-2325 / -2484

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
April 3, 2020

cc: Aaron Mysliwiec, Esq., *counsel for defendant Johnny Nunez Garcia* (by email)