**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 28, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/4/20

**BY ECF**

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

   Re: *United States v. Johnny Nunez Garcia*, 19 Cr. 766 (ALC)

Dear Judge Carter,

  A status conference in this case is scheduled for June 8, 2020 at 10:00 a.m. The Government writes to request that the conference be adjourned approximately 60 days. As noted in my letter of April 1, 2020, since our previous conference in this matter, the Government produced voluminous discovery to the defense. Since that time, the Court appointed Christopher Madiou, Esq., as co-counsel to Aaron Mysliwiec, Esq. The requested adjournment will allow Mr. Madiou to become familiar with the discovery and for both counsel to continue reviewing it and assessing any motions to be filed. The parties have also engaged in preliminary discussions about a potential disposition, and the requested adjournment will allow for those to continue. Defense counsel join in this request.

  The Government also requests that, in the interests of justice and pursuant to 18 U.S.C. § 3161(h)(7), time under the Speedy Trial Act be excluded until the new conference date, so as to allow for the parties to engage in the various activities described above. Defense counsel consent to this request as well.

              Respectfully submitted,

              GEOFFREY S. BERMAN
              United States Attorney
              Southern District of New York

              Frank J. Balsamello / Adam Hobson
              Assistant United States Attorneys
              (212) 637-2325 / -2484

cc: Aaron Mysliwiec, Esq., and Christopher Madiou, Esq., *counsel for the defendant* (by ECF)

  The application is granted. Status conference
  adjourned to 8/10/20 to 10:00 a.m. Time excluded.
  So Ordered.
        6/4/20