

## Miedel & Mysliwiec LLP

MEMO ENDORSED

July 30, 2020

**By ECF**
Hon. Andrew L. Carter
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#: _____
DATE FILED: **8-5-20**

     Re:   *United States v. Johnny Nunez Garcia*
           **19 Cr. 766 (ALC)**

Dear Judge Carter:

     I represent Johnny Nunez Garcia in the above matter. I write to respectfully request a 30-day adjournment of the upcoming August 10, 2020 conference to allow for review of discovery and plea negotiations. To give Mr. Garcia and our defense team time to review discovery and explore the possibility of a resolution, I respectfully ask the Court to reschedule the upcoming conference to a Monday, Tuesday, or Friday in September.

     The defense consents to the exclusion of time under the Speedy Trial Act until the next conference. AUSA Frank Balsamello informed me that the Government consents to the defense's request for an adjournment.

     Thank you for the Court's consideration of this request.

                    Very truly yours,

                         /s/

                    Aaron Mysliwiec
                    Chris Madiou
                    *Attorneys for Johnny Nunez Garcia*

cc:    AUSAs Frank Balsamello & Adam Hobson

*The application is granted. Status Conference adjourned to 9-25-20 at 11:00 a.m. Time excluded. So Ordered.*

*Andrew L. Carter*

*8-5-20*

80 Broad Street, Suite 1900 • New York, New York 10004 • (T) 212-616-3042 • (F) 800-507-8507 • www.mmlaw.com