MEMO ENDORSED

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 23, 2020

**BY ECF**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: ____
DATE FILED: 12/1/2020

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

**Re: *United States v. Johnny Nunez Garcia*, 19 Cr. 766 (ALC)**

Dear Judge Carter,

A status conference in this case is scheduled for Friday, December 4, 2020 at 10:00 a.m. The Government writes to request that the conference be adjourned approximately 45 days to a date after January 12, 2021. Since our last adjournment, the parties have engaged in significant discussions about a possible pretrial disposition of the case, and defense counsel has conveyed that this additional adjournment period will allow them to confer with the defendant and decide whether to accept the Government's proposed offer. The defense thus joins in this request to adjourn the upcoming conference date.

The Government also requests that, in the interests of justice and pursuant to 18 U.S.C. § 3161(h)(7), time under the Speedy Trial Act be excluded between December 4, 2020 and the new conference date, so as to allow for the parties to continue their plea discussions and the defendant to consider a pending offer to resolve the case short of trial. Defense counsel consent to this request, as well.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney
Southern District of New York

Frank J. Balsamello / Adam Hobson
Assistant United States Attorneys
(212) 637-2325 / -2484

cc: Aaron Mysliwiec, Esq., and Christopher Madiou, Esq., *counsel for the defendant* (by ECF)

**The application is granted. Status conference adjourned to 2/18/21 at 12:00 p.m. Time excluded.**
**So Ordered.**

**12/1/20**