USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/4/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
UNITED STATES OF AMERICA,  :
                               **Plaintiff,**  :
                -against-  :
JOHNNY NUNEZ GARCIA,  :
                            **Defendant.**  :
-------------------------------------------------------------------- x

**19-CR-766 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    A Telephone Change of Plea Hearing is set for **March 8, 2021** at **10:30 a.m.**

The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated:**     **New York, New York**
              **March 4, 2021**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**