

MEMO ENDORSED

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 20, 2021

**BY ECF**

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5-20-21

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re: *United States v. Johnny Nunez Garcia*, 19 Cr. 766 (ALC)

Dear Judge Carter,

    A status conference in this case is scheduled for Wednesday, June 2, 2021. The parties have conferred with one another and with the Court's Chambers about adjourning this conference in anticipation of an in-person proceeding on either June 10, 2021 or June 24, 2021. The Government respectfully requests that, in the interests of justice and pursuant to 18 U.S.C. § 3161(h)(7), time under the Speedy Trial Act be excluded between June 2, 2021 and the new appearance date, so as to allow defense counsel to further meet with the defendant and for the parties to continue the process towards resolving the case short of trial. Defense counsel consent to this request.

                              Respectfully submitted,

                              AUDREY STRAUSS
                              United States Attorney
                              Southern District of New York

                              Frank J. Balsamello / Adam Hobson
                              Assistant United States Attorneys
                              (212) 637-2325 / -2484

cc: Aaron Mysliwiec, Esq., and Christopher Madiou, Esq., *counsel for the defendant* (by ECF)

The application is granted. The status conference is adjourned to June 10, 2021 at 2 p.m. Time excluded. So Ordered.

*/s/ Andrew L. Carter*
5-20-21