

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 10, 2021

**BY ECF**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  6/10/21
```

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

  Re: *United States v. Johnny Nunez Garcia*, 19 Cr. 766 (ALC)

Dear Judge Carter,

  In a letter dated May 20, 2021, the parties requested the Court schedule an in-person plea proceeding in this matter for June 10, 2021 or June 24, 2021, which the Court granted, excluding Speedy Trial time until June 10, 2021. Because the proceeding did not occur today, the Government respectfully requests that it be set for June 24, 2021 and that, in the interests of justice and pursuant to 18 U.S.C. § 3161(h)(7), time under the Speedy Trial Act be excluded between June 10, 2021 and June 24, 2021, so as to allow defense counsel to further meet with the defendant and for the parties to continue the process towards resolving the case short of trial. Defense counsel consent to this request.

           Respectfully submitted,

           AUDREY STRAUSS
           United States Attorney
           Southern District of New York

           Frank J. Balsamello / Adam Hobson
           Assistant United States Attorneys
           (212) 637-2325 / -2484

cc: Aaron Mysliwiec, Esq., and Christopher Madiou, Esq., *counsel for the defendant* (by ECF)

The application is **GRANTED**. The change of plea hearing is adjourned to 6/24/21 at 12:00 p.m. Time excluded.
So Ordered.

*/s/ Andrew L. Carter*  6/10/21