**MEMO ENDORSED**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __9/22/21__

August 30, 2021

<u>VIA ECF</u>
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

   **Re:** *United States v. Johnny Nunez Garcia*, **19 Cr. 766 (ALC)**

Dear Judge Carter:

  I am appointed along with Christopher Madiou to represent Johnny Garcia in the above-captioned case. Mr. Garcia is currently scheduled to be sentenced by this Court at 2:00 p.m. on September 30, 2021.

  I write with the consent of the Government, through AUSA Frank Balsamello, to request an adjournment of Mr. Garcia's sentencing by approximately one month. The reasons for this request are that the defense requires additional time to prepare aspects of Mr. Garcia's sentencing submission, and that members of the defense team have scheduling conflicts that will prevent us from preparing the submission by the current deadline.

  Thank you for the Court's consideration of this request.

            Respectfully submitted,

            /s/

            Aaron Mysliwiec
            *Attorneys for Johnny Garcia*

cc: AUSA Frank Balsamello
   AUSA Adam Hobson

The application is **GRANTED.** Sentencing adjourned to 12/2/21 at 2:00 p.m.
So Ordered.

*/s/ Andrew L. Carter*   9/22/21

80 Broad Street, Suite 1900 • New York, New York 10004 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com