**MEMO ENDORSED**

LAW OFFICES
# CHRISTOPHER MADIOU

50 BROAD STREET
SUITE 1609
NEW YORK, NY 10004

P (917) 408 - 6484
F (212) 571 - 9149
CHRIS@MADIOULAW.COM

WWW.MADIOULAW.COM

January 6, 2022

The Honorable Andrew L. Carter Jr.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007
*By ECF*

Re:   *United States v. Johnny Garcia*, 19 Cr. 766 (ALC)

Dear Judge Carter,

Aaron Mysliwiec and I represent Johnny Garcia, who is scheduled to be sentenced by this Court at 12:00 p.m. on February 3, 2022, in the above-captioned case. I write with the consent from the government to respectfully request an adjournment of Mr. Garcia's sentencing by approximately 30 days. Both parties are available during the week of March 7, 2022; the government informed me it is unavailable during the week of February 28.

We make this request due to ongoing difficulties communicating with our client during this latest phase of the pandemic. The Essex County Correctional Facility, where Mr. Garcia is in custody, has temporarily and indefinitely suspended legal visitation due to the recent surge in COVID-19 cases and the Omicron variant. Though members of the defense team last met with Mr. Garcia on December 22, just days before the shutdown began, the current circumstances have complicated our preparation for his sentencing.

Given the complexity of our anticipated sentencing submission, as well as the severity of the potential punishment Mr. Garcia faces, we respectfully request that the Court adjourn Mr. Garcia's sentencing to a date and time during the week of March 7, 2022 that is convenient for the Court. Again, the government consents to this request.

Thank you in advance for your consideration.

*The application is granted. The Sentencing is adjourned to 3-10-22 at 1 p.m.*
*So Ordered.*
*/s/ Andrew L. Carter*
*1-12-22*

Respectfully submitted,

/s/

Christopher Madiou
Aaron Mysliwiec
*Attorneys for Johnny Garcia*

CC:   AUSAs Frank Balsamello and Adam Hobson (by ECF)